IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JOHN TREVOR TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 125-099 |
| | ) |
| RICHMOND COUNTY SHERIFF'S | ) |
| DEPARTMENT; OFFICER DEVIN | ) |
| CAMANCHO; STATE OF GEORGIA; | ) |
| GEORGIA PUBLIC DEFENDERS | ) |
| COUNCIL; OFFICE OF THE PUBLIC | ) |
| DEFENDER, Augusta Judicial Circuit; | ) |
| AUGUSTA JUDICIAL CIRCUIT; AUBREE | ) |
| SMITH; GREG GELPI; and DCS OFFICER | ) |
| JAMES W. LANCE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint without prejudice for failure to state a federal claim upon which relief may be granted, **DISMISSES** any potential state law claims without prejudice, and **CLOSES** this civil action.

SO ORDERED this 7th day of August, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA